NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1101

ADVANCED MAGNETIC CLOSURES, INC.,

Plaintiff,

and

DAVID JAROSLAWICZ
and JAROSLAWICZ & JAROS, LLC,

Movants,

and

ABELMAN, FRAYNE & SCHWAB,

Movant-Appellant,

v.

ROME FASTENER CORPORATION, ROME FASTENER SALES CORPORATION,
ROMAG FASTENERS, INC., and RINGS WIRE, INC.,

Defendants-Appellees.

Appeals from the United States District Court for the Southern District of New York in
case no. 98-CV-7766, Judge Paul A. Crotty.

- - - - - - - - - - - - - - - - - - - - - -

2009-1102, -1118

ADVANCED MAGNETIC CLOSURES, INC.,

Plaintiff-Appellant,

and

DAVID JAROSLAWICZ
and JAROSLAWICZ & JAROS, LLC,

Movants-Appellants,

and

ABELMAN, FRAYNE & SCHWAB,

Movant,

v.

ROME FASTENER CORPORATION, ROME FASTENER SALES CORPORATION, ROMAG FASTENERS, INC., and RINGS WIRE, INC.,

Defendants-Appellees.

Appeals from the United States District Court for the Southern District of New York in case no. 98-CV-7766, Judge Paul A. Crotty.

ON MOTION

O R D E R

Upon consideration of Abelman, Frayne & Schwab's motion to withdraw their appeal,

IT IS ORDERED THAT:

(1)     The motion is granted and appeal 2009-1101 is dismissed.

(2)     The revised official captions are reflected above.

FOR THE COURT

MAR 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2009

JAN HORBALY
CLERK

cc:     Michael Robert Koblenz, Esq.
        Michael F. Sarney, Esq.
        Michael J. Allan, Esq.
        Norman H. Zivin, Esq.

s8

ISSUED AS A MANDATE (as to 2009-1101 only): _____ MAR 2 5 2009 _____

2009-1101, 2009-1102, -1118          2